UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. <u>17-1108</u>

PROMETHEUS RADIO PROJECT

*National Association of Broadcasters
**Cox Media Group LLC,

Intervenors

v.

FEDERAL COMMUNICATIONS COMMISSION;
UNITED STATES OF AMERICA

News Media Alliance,
Petitioner

*Premetheus Radio Project, ****Movement Alliance Project,
*** Benton Institute for Broadband & Society,
Common Cause, Media Alliance, Media Council Hawaii,
National Association of Broadcasters Employees and
Technicians Communications Workers of America,
National Organization for Woman Foundation,
Office of Communication of the United Church of Christ.,

Intervenors

*(Pursuant to the Clerk's Order dated 1/18/17)
**(Pursuant to the Clerk's Order dated 2/7/17)
***(Pursuant to the Clerk's Order dated 10/8/19)
****(Pursuant to the Clerk's Order dated 6/23/20

(Agency No. FCC-1: FCC 16-107)

Present: AMBRO, SCIRICA, and FUENTES, <u>Circuit Judges</u>

Joint Stipulation by Parties of Voluntary Dismissal of the Petition
for Review pursuant to Federal Rule of Appellate Procedure 42(b)

Respectfully,
Clerk/mb/dwb

_____ORDER_____

The foregoing Joint Stipulation by Parties of Voluntary Dismissal of the Petition for Review pursuant to Federal Rule of Appellate Procedure 42(b) is **dismissed.**

By the Court,

s/THOMAS L. AMBRO
Circuit Judge

Dated: May 11, 2021
MB/cc: All Counsel

**A True Copy**:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate