# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

March 1, 2017

## Nos. **17-1107, 17-1108, 17-1109, 17-1110 & 17-1111**

Prometheus Radio Project, et al.

v.

FCC, et al.

(Agency No. FCC 16-107)

Present:    AMBRO, SCIRICA and FUENTES, Circuit Judges

1. Motion by Respondent FCC to hold cases in abeyance.

2. Response in opposition by Petitioners and Intervenor Respondents.

3. Reply by Respondent FCC to Response to Motion to hold cases in abeyance.

Respectfully,
Clerk/tyw

_____ **O R D E R** _____

Respondent Federal Communications Commission is requested to supplement its motion to hold in abeyance by identifying specific areas of overlap, if any, between the pending National Association of Broadcasters' motion for reconsideration and the female/minority ownership rules on which Petitioners are focused. Respondent shall file its supplement of not more than ten pages on or before June 27, 2017. Any response also shall be no more than ten pages and shall be filed by July 7, 2017.

By the Court,

s/ Thomas L. Ambro, Circuit Judge

Dated: June 12, 2017
tyw/cc: Angela J. Campbell, Esq.
Andrew J. Schwartzman, Esq.
Drew T. Simshaw, Esq.
James M. Carr, Esq.
Jacob M. Lewis, Esq.
Richard K. Welch, Esq.
Nickolai Gilford Levin, Esq.
Helgi C. Walker Esq.
David E. Mills, Esq.