# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## No. 17-1107, 17-1108, 17-1109, 17-1110, 17-1111, 18-1092, 18-1669, 18-1670, 18-1671, 18-2943 & 18-3335

Prometheus Radio Project v. Federal Communications Commission

To:    Clerk

1)    Response to October 12, 2018 Clerk Order, with Proposed Joint Briefing Schedule

2)    Unopposed Motion by Petitioner in No. 17-1108 to Hold Case in Abeyance

---

Petitioner News Media Alliance's motion to stay Case No. 17-1108 is hereby granted. The case is stayed pending disposition of Nos. 17-1107, 18-1092, 18-2943, and all other consolidated cases. Within thirty (30) days of the date the mandate issues in Nos. 17-1107, et al., the parties must advise the Court, in writing, the effect, if any, the decisions in the related cases have on No. 17-1108.

As for the other cases, the following briefing schedule shall apply:

Step 1: Opening briefs of the three (3) groups of Petitioners, not to exceed 10,000 words each, to be filed and served on or before December 21, 2018. The three Petitioners' briefs will be filed by the following: 1) Common Cause, Free Press, Media Mobilizing Project, National Association of Broadcast Employees and Technicians Communications Workers of America, Office of Communication Inc. of the United Church of Christ, and Prometheus Radio Project; 2) Independent Television Group; and 3) Multicultural Media, Telecom and Internet Council and National Association of Black-Owned Broadcasters.

Step 2: Consolidated Response brief, not to exceed 30,000 words, by Respondents Federal Communications Commission and United States of America, to be filed and served on or before February 14, 2019; and Intervenor-Respondent brief(s), not to exceed a combined total of 20,000 words, to be filed and served on or before February 14, 2019.

Step 3: Reply briefs by the three groups of Petitioners, not to exceed 5,000 words each, to be filed and served on or before March 8, 2019.

As a deferred appendix is being filed in these cases, on or before the established briefing deadlines, the parties must file and serve only the electronic version of the briefs containing references to the record.  The joint appendix must be filed on or before March 22, 2019.  The parties must also re-file and re-serve the electronic version of the briefs and file all required paper copies containing references to the appendix, on or before March 29, 2019.

For the Court,

 s/ Patricia S. Dodszuweit
Clerk

Dated:          November 20, 2018
MB/cc:          All Counsel of Record